

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/01/2024
```

April 30, 2024

Via ECF
Magistrate Judge Stewart D. Aaron
United States District Court, Southern District of New York
500 Pearl Street, Room 11C
New York, New York 10007

      Re:    Shauniqua Gales v. Target Corp.
              No. 23-cv-10444-ALC-SDA
              <u>Adjournment of Settlement Conference and New Proposed Dates</u>

Magistrate Judge Aaron:

I write to respectfully request an adjournment of the settlement conference presently scheduled for May 7, 2024 on consent. I was very recently noticed to appear for jury duty on May 6, 2024, in New York County Supreme Court and I am unable to obtain a postponement. As a result, I do not anticipate I will be able to appear in your Court for this settlement conference the next day.

The parties jointly propose the following dates for to reschedule this settlement conference:

1) June 13, 2024 (either 10AM or 2PM);
2) June 14, 2024 (either 10AM or 2PM);
3) June 18, 2024 (either 10AM or 2PM);
4) June 21, 2024 (either 10AM or 2PM).

                                      Very truly yours,

                                      GREENBERG LAW P.C.

                                      BY:

                                        */s/ Joseph P. DePaola*

                                      Joseph P. DePaola

Plaintiff's letter motion (ECF No. 12) is GRANTED. The in-person settlement conference presently scheduled for May 7, 2024, is hereby adjourned to Tuesday, June 18, 2024, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. The parties are reminded that they must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (i.e., Tuesday, June 11, 2024).

SO ORDERED.
Dated: May 1, 2024